FILED IN CHAMBERS
U.S.D.C. - Atlanta

AUG 0 5 2011

James N. Hatten, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAROL COLE, :
:
    Plaintiff :
:
v. : CIVIL ACTION FILE
: NO. 1:11-CV-1016-ODE
STATE OF GEORGIA, BANK OF :
AMERICA, BP, :
:
    Defendants :

ORDER

This closed pro se civil action is before the Court on Plaintiff's motion for summary judgment filed July 18, 2011 [Doc. 6]. On June 30, 2011, this Court adopted the Report and Recommendation of United States Magistrate Judge E. Clayton Scofield III [Doc. 2][1] and dismissed this case as frivolous. According, Plaintiff's motion for summary judgment is DISMISSED AS MOOT.

SO ORDERED, this 5 day of August, 2011.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

---

[1] No objections to the Report and Recommendation were filed.